## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **NATALIE WILSON**, | ) | CIVIL ACTION NO. 1:14-cv-00632 |
| | ) | |
| Plaintiff, | ) | JUDGE SANDRA S. BECKWITH |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KAREN L. LITKOVITZ |
| | ) | |
| **ENHANCED RECOVERY COMPANY, LLC, et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Natalie Wilson and Defendant Enhanced Recovery Company, LLC, hereby stipulate that all claims asserted by Plaintiff Natalie Wilson in this matter shall be and are hereby dismissed with prejudice. Each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael L. Fine* (per email consent 12/23/14) | */s/ Julie A. Crocker* |
| Michael L. Fine (0077131) | Julie A. Crocker (0081231) |
| 3637 South Green Road, 2nd Floor | Taft, Stettinius & Hollister LLP |
| Beachwood, Ohio 44122 | 200 Public Square, Suite 3500 |
| (216) 292-8884 (phone and facsimile) | Cleveland, Ohio 44114-2302 |
| mfine@ohioconsumerlawyer.com | (216) 241-2838 (telephone) |
| | (216) 241-3707 (facsimile) |
| | jcrocker@taftlaw.com |
| | |
| Attorney for Plaintiff Natalie Wilson | Attorney for Defendant Enhanced Recovery Company, LLC |

73139122.1